**Order entered May 20, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00724-CR

**MICHAEL LYNN ROGERS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 283rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F18-00263-T**

## ORDER

Before the Court is appellant's May 16, 2019 third motion to extend the time to file his brief.  Appellant has tendered his brief with the motion.  We **GRANT** the motion and **ORDER** appellant's brief filed as of the date of this order.

/s/    LANA MYERS
JUSTICE